# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| --- | --- | --- |
| v. | : | DATE FILED: _____ |
| ANTHONY DOUGLAS ELONIS | : | VIOLATIONS: |
|  |  | 18 U.S.C. § 875(c) (interstate |
|  | : | communication of threats - 5 counts) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 19, 2010, through on or about October 22, 2010, in Bethlehem, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ANTHONY DOUGLAS ELONIS**

knowingly and willfully transmitted in interstate and foreign commerce, via a computer and the Internet, a threatening communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure patrons and employees of Dorney Park and Wildwater Kingdom, located in Allentown, Pennsylvania.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 6, 2010, through on or about November 15, 2010, in Bethlehem, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ANTHONY DOUGLAS ELONIS**

knowingly and willfully transmitted in interstate and foreign commerce, via a computer and the Internet, a communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure and kill T.E., a person known to the grand jury.

In violation of Title 18, United States Code, Section 875(c).

# COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 15, 2010, in Bethlehem, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ANTHONY DOUGLAS ELONIS**

knowingly and willfully transmitted in interstate and foreign commerce, via a computer and the Internet, a threatening communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure employees of the Pennsylvania State Police and the Berks County Sheriff's Department.

In violation of Title 18, United States Code, Section 875(c).

# COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 16, 2010, in Bethlehem, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ANTHONY DOUGLAS ELONIS**

knowingly and willfully transmitted in interstate and foreign commerce, via a computer and the Internet, a threatening communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure a kindergarten class of elementary school children.

In violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 30, 2010, in Bethlehem, in the Eastern District of Pennsylvania, and elsewhere, the defendant

**ANTHONY DOUGLAS ELONIS**

knowingly and willfully transmitted in interstate and foreign commerce, via a computer and the Internet, a threatening communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure an agent of the Federal Bureau of Investigation.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
**GRAND JURY FOREPERSON**

*Christine E. Sues for*
**ZANE DAVID MEMEGER**
**United States Attorney**