# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-3798

USA v. Anthony Elonis

5-11-cr-00013-001

## O R D E R

The mandate issued on October 25, 2013 is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court and remanding the matter for further proceedings.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:        July 6, 2015

CND/cc:    Ronald H. Levine, Esq.
           Abraham J. Rein, Esq.
           Sherri A. Stephan, Esq.
           Robert A. Zauzmer, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk